1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSE QUINTERO-NORIEGA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  No. Cr.S. 11-0095 JAM
                                     )
13                 Plaintiff,        )
                                     )  **STIPULATION AND ORDER**
14       v.                          )  **CONTINUING STATUS CONFERENCE**
                                     )  **AND EXCLUDING TIME**
15  JOSE QUINTERO-NORIEGA,           )
                                     )
16                 Defendant.        )  Date:  April 26, 2011
                                     )  Time:  9:30 a.m.
17  _____  )  Judge: Hon. John A. Mendez

18

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendant, JOSE QUINTERO-NORIEGA, that the status

21  conference scheduled for April 12, 2011, may be continued to April 26,

22  2011, at 9:30 a.m.

23       The reason for this continuance is to allow defense counsel

24  additional time to review discovery with the defendant, to examine

25  possible defenses and to continue investigating the facts of the case.

26       The parties agree that the ends of justice to be served by a

27  continuance outweigh the best interests of the public and the defendant

28  in a speedy trial, and they ask the Court to exclude time under the

1   Speedy Trial Act from the date of this order through April 26, 2011,

2   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

3                                        Respectfully submitted,

4                                        DANIEL J. BRODERICK
                                         Federal Defender
5

6   Dated: April 7, 2011                 /s/ Benjamin Galloway
                                         BENJAMIN GALLOWAY
7                                        Assistant Federal Defender
                                         Attorney for JOSE QUINTERO-NORIEGA
8

9                                        BENJAMIN B. WAGNER
                                         United States Attorney
10

11  Dated:  April 7, 2011               /s/ Michele Beckwith
                                         MICHELE BECKWITH
12                                       Assistant U.S. Attorney

13

14                            **O R D E R**

15

16      The status conference is continued to April 26, 2011, at 9:30 a.m.

17  For the reasons set forth above, the court finds that the ends of justice

18  to be served by a continuance outweigh the best interests of the public

19  and the defendant in a speedy trial and therefore excludes time under the

20  Speedy Trial Act through April 26, 2011.

21      IT IS SO ORDERED.

22

23  Dated: April 7, 2011                 /s/ John A. Mendez
                                         HON. JOHN A. MENDEZ
                                         United States District Judge
24

25

26

27

28

Stip. & Order                            2